Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF EUBANK, | Case No. 3:17-cv-01942-BAS-KSC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| MIDLAND FUNDING, LLC | |
| Defendant. | |

   NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

//

//

Notice of Settlement - 1

1  Dated**:** November 1, 2017.

3  **Law Offices of Todd M. Friedman, P.C.**
4  By: s/ Todd M. Friedman
       Todd M. Friedman, Esq.
5      Attorney for Plaintiff, Jeff Eubank

7  **Soloman Ward Seidenwurm & Smith LLP**
   **By:** s/ Andrew C. Myers
8       Andrew C. Myers, Esq.
       Attorney for Defendant,
9      Midland Funding, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained his authorization to affix his electronic signature to this document.

Dated: November 1, 2017     **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/Todd M. Friedman_
**TODD M. FRIEDMAN, ESQ.**
**Attorney for Plaintiff**

Filed electronically on this 1st Day of November, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Karen S. Crawford
United States District Court
SOUTHERN DISTRICT of California

And all Counsel of Record as recorded on the Electronic Service List.

This 1st Day of November, 2017

        By: s/ Todd M. Friedman Esq.
          TODD M. FRIEDMAN