Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ANDREW C. MYERS [SBN 276683]
amyers@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant
MIDLAND FUNDING, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF EUBANK, | Case No. **3:17-cv-01942-BAS-KSC** |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| MIDLAND FUNDING, LLC | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own

costs and attorneys' fees.   A proposed order has been concurrently submitted to this Court via email.

Dated**:** December 20, 2017.

                            **Law Offices of Todd M. Friedman, P.C.**
                            By: s/ Todd M. Friedman
                                Todd M. Friedman, Esq.
                                Attorney for Plaintiff, Jeff Eubank


                        **Soloman Ward Seidenwurm & Smith LLP**
                        **By:** s/ Andrew C. Myers
                              Andrew C. Myers, Esq.
                            Attorney for Defendant,
                            Midland Funding, LLC

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained his authorization to affix his electronic signature to this document.

Dated: December 20, 2017      **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: <u>_s/Todd M. Friedman</u>
**TODD M. FRIEDMAN, ESQ.**
**Attorney for Plaintiff**

Filed electronically on this 20th Day of December, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Karen S. Crawford
United States District Court
SOUTHERN DISTRICT of California

And all Counsel of Record as recorded on the Electronic Service List.

This 20th Day of December, 2017

                              By: s/ Todd M. Friedman Esq.
                                  TODD M. FRIEDMAN