1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

JEFF EUBANK,

                              Plaintiff,

     v.

MIDLAND FUNDING, LLC,

                              Defendant.

Case No. 17-cv-01942-BAS-KSC

**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Presently before the Court is a joint motion for dismissal of the entire action with prejudice pursuant to Rule 41(a)(1)(A)(ii), filed by Plaintiff Jeff Eubank and Defendant Midland Funding, LLC. (ECF No. 8.) The Court construes the motion as a stipulation to dismissal. Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *or* (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective on the filing of the notice or stipulation and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI DLB, 2007 WL 527766, at *1 (E.D. Cal. Feb. 16, 2007). Local rules require that all stipulations must be filed as a joint motion. *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California. The

1    general rule is that dismissal pursuant to a stipulation is without prejudice, unless the

2    parties request otherwise.  Fed. R. Civ. P. 41(a)(1)(B).  Here, the parties request

3    dismissal with prejudice.  Having considered the motion, the Court **GRANTS** the

4    parties' request.  (ECF No. 8.)  The action is hereby **DISMISSED WITH**

5    **PREJUDICE**.  Each party shall bear its own costs and attorneys' fees.

6           **IT IS SO ORDERED.**

7

8    **DATED:  December 29, 2017**

9

10                                                          Hon. Cynthia Bashant
                                                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28